IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN POWE,

    Petitioner,

v.   CASE NO. 4:12cv36-SPM/CAS

UNITED STATES DISTRICT
ATTORNEY, et al.,

    Respondents.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 20, 2012 (doc. 7). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, challenging the judgment of the Southern District of Georgia, Savannah Division, case number

4:09cv221-BAE-GRS, is summarily dismissed pursuant to 28 U.S.C. § 2255(e).

    3.    Leave to appeal in forma pauperis is denied.

DONE AND ORDERED this 20th day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 4:12cv36-SPM/CAS