IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN POWE,

       Petitioner,

v.                                        CASE NO. 4:12cv36-SPM/CAS

UNITED STATES DISTRICT
ATTORNEY, et al.,

       Respondents.

_____/

## **ORDER**

       THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 20, 2012 (doc. 7).   No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is hereby ORDERED as follows:

       1.     The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

       2.     The § 2241 petition for writ of habeas corpus, challenging the judgment of the Southern District of Georgia, Savannah Division, case number

4:09cv221-BAE-GRS, is summarily dismissed pursuant to 28 U.S.C. § 2255(e).

3.  Leave to appeal in forma pauperis is denied.

DONE AND ORDERED this 20th day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge